# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC STAFFORD,<br><br>         *Plaintiff,*<br><br>  v.<br><br>MICHAEL WENEROWICZ, *et al.*,<br><br>         *Defendants.* | CIVIL ACTION NO. 17-4010 |

## ORDER

**AND NOW**, this 18th day of December 2018, upon consideration of Michael Wenerowicz's, Cynthia Link's, Gerald Galinski's, Joseph Korszniak's, Bob Grossman's, Barbara March's, Barbara Herbst's, Officer Witmer's, David Mascellino's and Christopher Oppman's ("DOC Defendant") Motion to Dismiss [Doc. 16], Correct Care Solutions' Motion to Dismiss [Doc. 14], and the responses thereto, it is hereby **ORDERED** that:

1. Count II of the Amended Complaint is **DISMISSED with prejudice**.
2. DOC Defendants' Motion [Doc. 16] is **GRANTED in part and DENIED in part**. The Motion to Dismiss is **DENIED** as to Count I, against DOC Defendants in their individual capacities. The Motion to Dismiss is **GRANTED** as to Count I, against DOC Defendants in their official capacities, which is **DISMISSED with prejudice**.
3. Correct Care Solutions' Motion [Doc. 14] is **GRANTED** as to Count I, which is **DISMISSED without prejudice**.
4. Plaintiff is **GRANTED** leave to file a Second Amended Complaint as to Count I against Correct Care Solutions, no later than **January 11, 2019**. If Plaintiff does not file a Second Amended Complaint, then the DOC Defendants shall answer Count I of the Amended Complaint no later than **February 1, 2019**.
It is so **ORDERED.**

                                         **BY THE COURT:**

                                         **/s/ Cynthia M. Rufe**

                                         _____

                                         **CYNTHIA M. RUFE, J.**