IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ERIC STAFFORD,**  *Plaintiff,*  v.  **MICHAEL WENEROWICZ,** *et al.***,** *Defendants.* | **CIVIL ACTION NO. 17-4010** |

## ORDER

**AND NOW**, this 25th day of September 2020, upon consideration of Defendants Michael Wenerowicz, Cynthia Link, Gerald Galinski, Joseph Korszniak, Bob Grossman, Barbara March, Barbara Herbst, David Witmer, David Mascellino, and Christopher Oppman Motion for Summary Judgment [Doc. No. 52], and the responses thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Defendants' Motion for Summary Judgment is **GRANTED**. The Clerk of Court is directed to **CLOSE** this case. It is so **ORDERED**.

BY THE COURT:
/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**